# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PA HOTEL HOLDINGS, LLC d/b/a NOBU HOTEL PALO ALTO, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00911-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: May 26, 2022<br>Trial Date: September 26, 2023 |

1

ORDER

**ORDER**

Upon review of Plaintiff Flor Jimenez's ("Plaintiff") and Defendant PA Hotel Holdings, LLC d/b/a Nobu Hotel Palo Alto's ("Defendant") (collectively "the Parties"), stipulated request to extend the discovery deadline and the Class Certification briefing schedule, and good cause appearing, the Court hereby ORDERS as follows:

1. The discovery deadline is extended to April 24, 2023;
2. The opening brief for class certification is extended to April 10, 2023;
3. The opposition brief is extended to April 24, 2023;
4. The reply brief is extended to May 8, 2023; and
5. The hearing on class certification is continued to **May 30, 2023 at 1:30 p.m.**

All other dates and deadlines shall remain the same.

**IT IS SO ORDERED.**

Dated: February 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE