1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>PA HOTEL HOLDINGS, LLC d/b/a NOBU HOTEL PALO ALTO, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-00911-WBS-KJN<br><br>Magistrate Judge Kendall J. Newman<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: May 26, 2022<br>Trial Date:     September 26, 2023 |

**ORDER**

Upon review of Plaintiff Flor Jimenez's ("Plaintiff") and Defendant PA Hotel Holdings, LLC d/b/a Nobu Hotel Palo Alto's ("Defendant") (collectively "the Parties"), stipulated request to extend the Discovery Deadline and Class Certification briefing schedule, and good cause appearing, the Court hereby ORDERS as follows:

1. The discovery deadline is extended to May 24, 2023;
2. The opening brief for class certification is extended to May 10, 2023;
3. The opposition brief is extended to May 24, 2023;
4. The reply brief is extended to June 7, 2023; and
5. The hearing on class certification is continued to **June 26, 2023. at 1:30 p.m.**

All other dates and deadlines shall remain the same.

**IT IS SO ORDERED.**

Dated: April 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE