UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PA HOTEL HOLDINGS, LLC,<br><br>　　　　　Defendant. | No.  2:22–cv–911–WBS–KJN<br><br>ORDER<br><br>(ECF No. 14) |

On April 11, 2023, the court held a hearing on plaintiff's motion to compel.  (ECF No. 14.)  Attorney Carolin Shining appeared on behalf of plaintiff, and attorneys Diana Lerma and Jessica Villaescusa appeared on behalf of defendant.

Of note, plaintiff significantly narrowed the scope of the issues due to counsels' continued conferral after the motion was filed.  (ECF Nos. 17, 23.)  By the time of the hearing, plaintiff only sought further responses to Requests for Production 2, 4, 6, 27, and 29 and Special Interrogatories 2, 3, 6, 7, 10, 12, and 14; plaintiff also withdrew the request for monetary sanctions.  (See Id.)  Given the representations made at the hearing and all counsels' continued (and appreciated) cooperation, the court does not list specifics on each discovery request.  Thus, for the reasons discussed at the hearing, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel, as amended by the joint statement and supplemental brief (ECF Nos. 14, 17, 23) is GRANTED on the relief sought in the supplemental brief;

1

2. Within two weeks, defendant shall supplement its responses to the interrogatories and requests for production listed above.  If no information is in defendant's possession, custody, or control, defendant shall state as much in its responses.  To the extent necessary, defendant shall provide a privilege log on any continued assertions of attorney-client privilege;

3. Defendant shall contact AccesiBe and its website developer within one week to obtain any documents that are responsive to the outstanding discovery requests.  These documents shall be produced to plaintiff within two weeks; and

4. Plaintiff's motions for attorney fee sanctions, to the extent it is still before the court, is denied as moot.

Dated:  April 12, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jime.911