# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PA HOTEL HOLDINGS, LLC d/b/a NOBU HOTEL PALO ALTO, a California limited liability company; and DOES 1 to 10, inclusive,<br>　　　　　　Defendants. | Case No.: 2:22-CV-00911-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: May 26, 2023<br>Trial Date:　　　None Set |

　　　IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Flor Jimenez and Defendant PA Hotel Holdings, LLC d/b/a Nobu Hotel Palo Alto's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the absent putative class claims, is GRANTED in full. Each party shall bear her or its own fees and costs.

　　　IT IS SO ORDERED.

Dated:  July 20, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE